**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jess E. GONZALES, Defendant-Appellant.**

**No. 71-2530.**

United States Court of Appeals, Ninth Circuit.

May 8, 1972.

James H. Quinn (argued), San Diego, Cal., for defendant-appellant.

Lyn I. Goldberg, Asst. U. S. Atty. (argued), Stephen G. Nelson, Asst. U. S. Atty., Harry D. Steward, U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and CURTIS, District Judge.*

PER CURIAM:

The judgment of conviction is reversed.

---

\* The Honorable Jesse W. Curtis, United States District Judge, Central District of California, sitting by designation.

We find the few circumstances pointing to the guilt of Gonzales too thin to permit a finding of guilt beyond a reasonable doubt in this narcotics case.

Thus, we do not reach the other points raised.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Juan Pompa ZARATE, Defendant-Appellant.**

**No. 71-2466.**

United States Court of Appeals, Ninth Circuit.

May 8, 1972.

Rehearing Denied June 30, 1972.

Morris Lavine (argued), Los Angeles, Cal., for defendant-appellant.

Shelby R. Gott, Asst. U. S. Atty. (argued), Stephen G. Nelson, Asst. U. S. Atty., Harry D. Steward, U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and CURTIS, District Judge.*

PER CURIAM:

The judgment of conviction in this marijuana amphetamine tablets smuggling case is affirmed.

We have considered the more than one dozen points asserted. Although ably presented, we cannot agree with any of them.

---

\* The Honorable Jesse W. Curtis, United States District Judge, Central District of California, sitting by designation.